CERTIFICATION OF SERVICE

I, BARBARA J. OLSHANSKY, ESQ., hereby certify that, on December 7, 2006, I caused two (2) copies of Petitioner Elisher and Petitioner and Next Friend Sabir's Petition for Writ of Habeas Corpus to be served,

via certified mail, return receipt requested, upon the following:

> Alberto R. Gonzales
> Attorney General of the United States
> U.S. Department of Justice
> Robert F. Kennedy Building
> Tenth Street & Constitution Ave., NW
> Room 5111
> Washington, DC 20530

> George W. Bush
> President, United States of America
> The White House
> 1600 Pennsylvania Avenue, NW
> Washington, DC 20301-1000

> Donald Rumsfeld
> Secretary, United States Dep't of Defense
> 1000 Defense Pentagon
> Washington, DC 20301-1000

> Rear Admiral Harry B. Harris, Jr.
> United States Navy
> Navy Pentagon
> Washington, DC 20310-0200

> Army Col. Wade F. Davis
> United States Army
> Army Pentagon
> Washington, DC 20310-0200

via first-class mail, upon the following:

> Rear Admiral Harry B. Harris, Jr.
> Commander, Joint Task Force-GTMO
> JTF-GTMO
> APO AE 09360

> Army Col. Wade F. Davis
> Commander, JDOG
> JTF-GTMO
> APO AE 09360

> Terry Henry
> Andrew Warden
> U.S. Department of Justice, Civil Division, Suite 7144
> 20 Massachusetts Avenue, NW
> Washington, DC 20530

and via hand delivery upon the following:

> Kenneth L. Wainstein
> U.S. Attorney
> District of Columbia District
> Judiciary Center
> 555 4th Street, NW
> Washington, DC 20530

*Barbara J. Olshansky*
Barbara J. Olshansky, Esq.

Dated: December 7, 2006