IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
————————————————————————— x
                                   :
                                   :
ELISHER, et al.,                   :
                                   :
                  Petitioners,     :
                                   :
            v.                     :
                                   :   Civil Action No. 06-CV-1759 (JDB)
GEORGE W. BUSH, et al.,            :
                                   :
                  Respondents.     :
                                   :
                                   :
————————————————————————— x
```

**PETITIONER'S RESPONSE TO MOTION TO DISMISS**

Petitioner Elisher ("Petitioner"), by and through his undersigned counsel, respectfully submits this response to Respondents' motion to dismiss this case (filed April 19, 2007). Petitioner does not oppose dismissal without prejudice.

Undersigned counsel have independently determined, at this juncture, that it is likely that petitioner is the same person as Ali Sher Hamidullah, ISN 455, a detainee with an earlier filed habeas petition (under the caption *Mohammon v. Bush*, Civil Action No. 05-CV-2386, wherein he is listed as Ali LNU). Accordingly, Petitioner does not oppose dismissal of the Petition in this case without prejudice on the ground that he already has a previously filed petition pending in another case. However, counsel respectfully request that the Court permit the reinstatement of this case as originally filed in the event that this identification is erroneous.

Dated:     New York, New York
           May 3, 2007

Respectfully submitted,

/s/ Shayana Kadidal
Shayana Kadidal [D.C. Bar No. 454248]
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6438
Fax:  (212) 614-6499

*Counsel for Petitioners*