**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

—————————————————————— x
                                                          :
                                                          :
**IN RE:**                                                :
                                                          :
                                                          :
**GUANTÁNAMO BAY**                       :   Misc. No. 08-442 (TFH)
**DETAINEE LITIGATION**                  :
                                                          :
                                                          :
—————————————————————— x
                                                          :
                                                          :
ELISHER, *et al.*,                                :
                                                          :
                                                          :
                         Petitioners,        :
                                                          :
            v.                                        :   No. 06-CV-1759 (JDB)
                                                          :
GEORGE W. BUSH, *et al.*,                  :
                                                          :
                         Respondents.      :
                                                          :
—————————————————————— x

**STATUS REPORT**

The above-captioned petition was filed based on a next-friend authorization on October 16, 2006, for petitioner, ISN 455, an Uzbek national, but is a duplicate of an earlier-filed petition for the same individual, under the name Ali LNU, in *Mohammon v. Bush*, No. 05-CV-2386 (RBW). Accordingly, petitioners do not object to dismissal of this petition.

Dated:    New York, New York
          July 18, 2008

                                             Respectfully submitted,


                                             _____/s/_____
                                             Shayana D. Kadidal (D.C. Bar No. 454248)
                                             CENTER FOR CONSTITUTIONAL RIGHTS
                                             666 Broadway, 7th Floor
                                             New York, New York 10012

Tel:  (212) 614-6438
Fax:  (212) 614-6499

*Counsel for Petitioners*