UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELISHER, et al.,**<br><br>   Petitioners,<br><br>   v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>   Respondents. | Civil Action No. 06-1759 (JDB) |
| **IN RE:**<br><br>**GUANTANAMO BAY DETAINEE LITIGATION** | Misc. No. 08-0442 (TFH) |

### ORDER

Based on petitioners' status report of July 18, 2008, it is hereby

**ORDERED** that the above-captioned civil action, No. 06-1759 is **DISMISSED.**

                                                              /s/
                                                    JOHN D. BATES
                                              United States District Judge

Date:  July 21, 2008